IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN DALE BROWNER,

                    Plaintiff,

      v.

CAROLYN W. COLVIN, et al.,

                    Defendants.

CIVIL ACTION
NO. 16-6237

## ORDER

**AND NOW**, this 19th day of June 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 15), Plaintiff's Objections to the Report and Recommendation (Doc. No. 16), Defendant's Response to Plaintiff's Objections to the Report and Recommendation (Doc. No. 18), Plaintiff's Reply to Defendant's Response (Doc. No. 19), and Defendant's Corrected Response to Plaintiff's Objections (Doc. No. 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 16) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 15) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4.     The Clerk of Court shall close this case for statistical purposes.


                                        BY THE COURT:


                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.